# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-3132

_____

Edna Ramsey,        *
       *
         Appellant,        *
       *    Appeal from the United States
     v.        *    District Court for the
       *    Eastern District of Missouri.
Timothy Conner,        *
       *    [UNPUBLISHED]
         Appellee.        *

_____

Submitted: June 7, 2012
Filed: June 12, 2012

_____

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Edna Ramsey appeals following the district court's[1] entry of judgment upon an adverse jury verdict in her 42 U.S.C. § 1983 action. Ramsey suggests that there was insufficient evidence to support the verdict, that her trial counsel was ineffective, and that she should be granted leave to amend her complaint and to submit additional evidence. Upon careful review, we conclude that none of her arguments have merit. Accordingly, we affirm the judgment. See 8th Cir. R. 47B.

_____

[1]The Honorable Thomas C. Mummert, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).